**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1858**

JOHN PAUL TURNER, a/k/a Pops,

            Plaintiff – Appellant,

      v.

AUGUSTA COUNTY LIBRARY,

            Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:11-cv-00361-SGW)

Submitted:  November 2, 2011      Decided:  November 15, 2011

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this civil action pursuant to 28 U.S.C. § 1415(e)(2)(B)(ii) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Turner v. Augusta County Library, No. 7:11-cv-00361-SGW (W.D. Va. July 27, 2011; Aug. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2